# Law Offices of
# Daniel A. Hochheiser

Attorney At Law
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

---

> Application granted.
>
> **SO ORDERED.**
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>            May 9, 2024

---

May 8, 2024

Via ECF and email
Hon. Philip M. Halpern
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re:   USA v Shaileshkumar Goyani, 24 CR 289 PMH
        **PERMISSION TO FILE INTERIM VOUCHERS**

Your Honor,

    I was appointed under the Criminal Justice Act on October 17, 2023 to serve as counsel for defendant, Shaileshkumar Goyani. I continue to serve as counsel to Goyani pending sentence scheduled for November 21, 2024. Accordingly, I request that the Court endorse this letter motion to permit me, as CJA counsel, to submit interim vouchers in this case.

Respectfully submitted,

Daniel A. Hochheiser

Cc: all counsel via ECF

1